# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

145269

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FIFTH THIRD BANK,
        Plaintiff/Counter-
        Defendant-Appellee,

v

        SC: 145269
        COA: 302884
        Wayne CC: 09-031350-CH

DANOU TECHNICAL PARK, L.L.C.,
        Defendant-Appellant,
and

SMD ESTATE, INC.,
        Defendant/Counter-
        Plaintiff-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

t0917